10 A.3d 266

**Rev. Lee D. LANDAU, Appellant**

v.

**PA. BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Dec. 20, 2010.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of December, 2010, the Order of the Commonwealth Court is **AFFIRMED.**